**Order entered May 6, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

## No. 05-22-00388-CV

## IN THE INTEREST OF K.G.R., A CHILD

**On Appeal from the 354th Judicial District Court**
**Hunt County, Texas**
**Trial Court Cause No. 90189**

## ORDER

Before the Court is the May 5, 2022 request of Shannon Sudderth, Official Court Reporter for the 354th Judicial Court for a five-day extension of time to file the reporter's record in this accelerated appeal involving the termination of parental rights. We **GRANT** the request and extend the time to **May 10, 2022**.

/s/     BONNIE LEE GOLDSTEIN
JUSTICE